UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAEL ROMAN, JR. | STIPULATION OF DISCONTINUANCE |
| V. | CIVIL ACTION NO: 14-CIV-9964 (NSR)(LMS) |
| LABOR READY NORTHEAST INC. | |

**IT IS HEREBY STIPULATED, AND AGREED,** by and between the undersigned attorneys of record for the parties in the above-captioned action, plaintiff Ismael Roman, Jr. ("Plaintiff"), and defendant Labor Ready Northeast, Inc., and none of the settling parties being an infant, incompetent or conservatee, that the Plaintiff's Complaint and all claims contained or which could have been contained therein, claims against defendant Labor Ready Northeast, Inc., be, and are, hereby dismissed on the merits with prejudice, without costs to any party as against any other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Signatures in facsimile or electronic format have the same force and effect as if signed in original form.

DATED: 11/25/15

Iseman, Cunningham, Riester & Hyde, LLP

John F. Queenan, Esq.
Bar Roll No. JQ1306
Attorneys for Defendant
9 Thurlow Terrace
Albany, New York 12203
(518) 462-3000

DATED: Nov. 25, 2015

Law Offices of Sapir Schragin, LLP

Ann L. Moscow
Ann Louise Moscow
Bar Roll No.
Attorney for Plaintiff
399 Knollwood Road, Suite 310
White Plains, NY 10603
(914) 328-0366

So Ordered:

U.S.D.J.

Dated: Dec. 1, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2015